ALEX G. TSE (CABN 152348)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
DAVID A. PEREDA (CABN 237982)
Assistant United States Attorney

    1301 Clay Street
    Oakland, CA 94612
    Telephone: (510) 637-3701
    FAX: (510) 637-3724
    David.Pereda@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RANDY STANSBERRY, | Case No.: C18-01563 KAW |
|     Plaintiff, | **STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER AS MODIFIED** |
| v. | |
| UNITED STATES OF AMERICA, | |
|     Defendant. | |

Pursuant to Civil L.R. 7-12, the parties, through their counsel, hereby stipulate as follows:

1. On March 12, 2018, Randy Stansberry filed this action. *See* ECF 1.

2. On April 2, 2018, Ms. Stansberry completed service of the summons and complaint.

3. The parties have been meeting and conferring in good faith on whether there is jurisdiction over this action. In doing so, the parties aim to resolve this issue without resorting to motion practice or to at least narrow the issues if a motion is needed.

STIPULATION
C18-01563 KAW

1

4. The parties agree to continue the government's deadline to respond to the complaint from June 1, 2018, to June 29, 2018. If the government files a motion to dismiss as its responsive pleading, the parties will agree to a mutually-convenient briefing schedule.

5. The parties agree to continue the Initial Case Management Conference from June 11, 2018, to August 7, 2018.

IT IS SO STIPULATED.

DATED: June 4, 2018

Respectfully submitted,

ALEX G. TSE
Acting United States Attorney

 /s/ *David Pereda*
DAVID PEREDA
Assistant United States Attorney

Attorneys for Defendant

DATED: June 4, 2018

PERKINS & ASSOCIATES

 */s/ *Natalia Asbill*
NATALIA D. ASBILL

Attorneys for Plaintiff

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 6/6/18

KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE

*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that each signatory has concurred in the filing of this document.*

STIPULATION
C18-01563 KAW