1  ALEX G. TSE (CABN 152348)
   United States Attorney
2  SARA WINSLOW (DCBN 457643)
   Chief, Civil Division
3  DAVID A. PEREDA (CABN 237982)
   Assistant United States Attorney
4         1301 Clay Street
          Oakland, CA 94612
5         Telephone: (510) 637-3701
          FAX: (510) 637-3724
6         David.Pereda@usdoj.gov

7  Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| RANDY STANSBERRY, | Case No.: C18-01563 KAW |
|---|---|
| Plaintiff, | **STIPULATION RE BRIEFING SCHEDULE;** **[PROPOSED] ORDER** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Pursuant to Civil L.R. 7-12, the parties, through their counsel, hereby stipulate as follows:

1. On March 12, 2018, Randy Stansberry filed this action. *See* ECF 1.

2. On April 2, 2018, Ms. Stansberry completed service of the summons and complaint.

3. The parties have been meeting and conferring in good faith on whether there is jurisdiction over this action. To allow time for that to occur, the parties agreed to make the government's response due on June 29, 2018. ECF 14.

STIPULATION
C18-01563 KAW

1

4. The parties still have different views on whether there is jurisdiction over this action. But the parties plan to continue to discuss the issue and to work together to resolve it. To that end, the government has filed a Motion to Dismiss setting forth the government's position. ECF 18. And the parties respectfully request that the Court adopt the following briefing schedule for that motion:

- **Opposition:** July 27, 2018
- **Reply:** August 10, 2018
- **Hearing:** September 20, 2018, or as soon after as the Court is available

IT IS SO STIPULATED.

DATED: July 11, 2018

Respectfully submitted,

ALEX G. TSE
Acting United States Attorney

/s/ *David Pereda*
DAVID PEREDA
Assistant United States Attorney

Attorneys for Defendant

DATED: July 11, 2018

PERKINS & ASSOCIATES

*/s/ *Natalia Asbill*
NATALIA D. ASBILL

Attorneys for Plaintiff

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 7/16/18

*Kandis Westmore*
KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE

*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that each signatory has concurred in the filing of this document.*

STIPULATION
C18-01563 KAW